Prob 12A (9/06)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED

2025 JUL -3 PM 3: 15

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

## Report on Offender Under Supervision

**Name of Offender:** Sinuhe Baltazar Lopez, JR.

**Case Number:**  EP-20-CR-01879-DCG(1)

**Name of Sentencing Judicial Officer:**   David C. Guaderrama, Senior U.S. District Judge

**Date of Original Sentence:**   June 14, 2021

**Original Offense:** False Statement To A Firearms Dealer, in violation of 18 U.S.C. 922(a)(6)

**Original Sentence:** Forty six (46) months custody with credit for time served, followed by three (3) years of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:**   March 28, 2025

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

> **Nature of Noncompliance:** Lopez submitted urine samples that were positive for alcohol on the following dates: May 12, May 23, and June 4, 2025. On June 24, 2025, Lopez admitted to his probation officer to drinking alcohol prior to submitting his urine samples.

**U.S. Probation Officer Action:**

The probation officer admonished Lopez for the new violations and reminded him of the possible consequences of such non-compliance. As such, it is respectfully recommended that these new violations be held in abeyance and that no further action be taken at this time to allow Lopez the opportunity to continue to participate in an outpatient substance abuse treatment program to address his substance abuse issues. The probation officer will also address the new violations via Cognitive Model classes from the Criminogenic Needs and Violence Curriculum (CNVC). Accordingly, any further violations will be communicated to the Court promptly.

Sinuhe Baltazar Lopez, JR.
Docket No. EP-20-CR-01879-DCG(1)
Report on Offender Under Supervision
**P a g e | 2**

Respectfully submitted,

Luis Sandoval
U.S. Probation Officer
Office (915) 585-5580
Cellular (915) 300-4960
Date: June 25, 2025

Approved by,

David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 861-8369

## COURT ACTION RECOMMENDED:

[ X ]  Concur with above action

[   ]  No action

[   ]  Submit a Petition for Warrant or Summons

[   ]  Submit a Request for Modifying the Conditions or Term of Supervision

[   ]  Other

David C. Guaderrama, Senior U.S. District Judge

7-02-25
Date