Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sinuhe Baltazar Lopez, Jr.

**Case Number:**  EP-20-CR-01879-DCG(1)

**Name of Sentencing Judicial Officer:**  David C. Guaderrama, Senior U.S. District Judge

**Date of Original Sentence:**  June 14, 2021

**Original Offense:** False Statement to a Firearms Dealer, in violation of  18 U.S.C § 922(a)(6)

**Original Sentence:** Forty-six (46) months custody, followed by a three (3) year term of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:**  March 28, 2025

**Assistant U.S. Attorney:** Anthony James Rodregous          **Defense Attorney:** Rafael Salas

### PREVIOUS COURT ACTION

On June 25, 2025, a Report on Offender Under Supervision (12A) was submitted to the Court, notifying the Court that Baltazar tested positive for alcohol on May 12, 2025, May 23, 2025, and June 24, 2025. No action was recommended as Baltazar continued participating in an outpatient substance abuse treatment program to address his substance abuse issues.  On July 2, 2025, the court accepted the probation office's recommendation, and no further action was taken.

### PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant shall not commit another federal, state or local crime during the term of supervision.

> **Nature of Noncompliance:**  According to the Criminal Complaint filed in the United States District Court for the Western District of Texas, El Paso Division, under Dkt. No. 3:26-MJ-03245-RFC(1), on or about July 16, 2026, Homeland Security Investigations (HSI), in conjunction with the El Paso Police Department (EPPD) Auto Theft Task Force (ATTF) responded to the Bridge of the Americas (BOTA) Port of Entry located at 3600 E. Paisano Drive, El Paso, Texas.  An HSI agent was advised by Customs and Border

Sinuhe Baltazar Lopez, Jr.
Docket No. EP-20-CR-01879-DCG(1)
Petition for Warrant or Summons for Offender Under Supervision
P a g e | 2

Protection (CBP) officers that they had encountered two suspected stolen trucks as follows: a gray 2026 Dodge Ram 1500 and a silver 2026 Dodge Ram 2500. Both vehicles were observed traveling near one another and were not displaying license plates. CBP officers were conducting outbound inspection at the BOTA Port of Entry in El Paso, when they observed a silver Dodge Ram 2500 truck without license plates. The Dodge Ram truck was subsequently selected for inspection. The CBP officers made contact with the driver, who was identified as Sinuhe Baltazar Lopez, Jr. Lopez advised he was going to a party in Ciudad Juarez, Chihuahua, Mexico. The CBP officers inquired as to why the truck did not have license plates displayed and requested the bill of sale for the vehicle. Lopez reported he did not have the bill of sale because he had left it at home. Furthermore, Lopez was unable to provide the date he purchased the truck and was detained for further inspection. CBP officers observed a second gray Dodge Ram 1500 truck driving behind Lopez without license plates. The second Dodge Ram 1500 truck was also stopped and referred to secondary for further inspection. The CBP officer questioned Lopez as to the driver of the second Dodge Ram 1500 truck. Lopez reported the driver was his co-worker. The CBP officer made contact with the driver of the second Dodge Ram 1500 truck and asked the driver if he recognized Lopez. The second driver indicated that Lopez was a childhood friend. CBP officers conducted a search on Lopez' cell phone and they discovered messages between Lopez and a third party. In the messages, Lopez was constantly photographing and kept the third party informed as to each step as he crossed the border. Additional messages revealed that the third party was requesting photographs of what Lopez was wearing, as the third party was attempting to arrange a pick-up for Lopez. The third-party advised Lopez not to advise the "other guy" how much he would be getting paid. Lopez advised the third party that he would "handle that later." An EPPD investigator contacted the Sisbarro Dealership in Deming, New Mexico, regarding the two Dodge Ram trucks. The investigator spoke with an employee who advised that both Dodge trucks should have been on the property. The investigator then contacted the Deming Police Department, which dispatched an officer to the dealership. The officer verified that both Dodge Ram trucks were missing from the lot. The officer subsequently obtained two vehicle theft affidavits for the two stolen Dodge Ram trucks bearing New Mexico registrations. Both vehicle theft affidavits valued the Dodge Ram trucks at $60,000 each. Lopez was read his Miranda rights; however, he declined to provide a statement and all questioning was ceased.

On July 17, 2026, a Criminal Complaint was filed in the United States District Court for the Western District of Texas, El Paso Division, under Dkt. No. 3:26-MJ-03245-RFC(1), charging Lopez with Interstate Transportation of Stolen Property, in violation of 18 U.S.C. § 2314. Lopez remains in federal custody, and a final disposition is pending.

**Violation Number 2:** If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

**Nature of Noncompliance:** On July 16, 2026, Lopez was arrested by CBP officers for the offense of Interstate Transportation of Stolen Property as noted in Violation No. 1. Lopez failed to notify his probation officer within 72 hours of his arrest.

**Sinuhe Baltazar Lopez, Jr.**
Docket No. **EP-20-CR-01879-DCG(1)**
Petition for Warrant or Summons for Offender Under Supervision
P a g e | 3

## U.S. Probation Officer Recommendation:

The term of supervision should be

    [X]  revoked.

    [ ]  extended for _____ years, for a total term of _____ years.

    [ ]  modified as follows:

Respectfully submitted,

Elizabeth Saldivar
U.S. Probation Officer
Office (915) 585-5519
Cellular (915) 799-8397

Date: July 28, 2026

Approved by,

David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 915-861-8369

## THE COURT ORDERS:

[ ]    No action.

[X]    The issuance of a warrant.

[ ]    The issuance of a summons.

[ ]    Other

David C. Guaderrama, Senior U.S. District Judge

07-29-26
Date